ERIC GRANT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-0226 DJC |
|---|---|
| Plaintiff, | |
| v. | ORDER TO FILE REDACTED COPY OF INDICTMENT |
| NANCY ELIZABETH LINARES ALVARENGA, | |
| Defendant. | |

Having considered the government's motion to unseal portions of the indictment and to file a redacted copy of the indictment, for the reasons stated within the motion and for good cause shown:

IT IS HEREBY ORDERED that government's motion to unseal portions of the indictment and to file a redacted copy of the indictment is GRANTED.

IT IS HEREBY FURTHER ORDERD that the government's motion shall be filed and kept under seal until further order of the Court.

Dated: November 10, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE