**FILED**
November 13, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NANCY ELIZABETH LINARES ALVARENGA,

    Defendant.

Case No.  2:25-cr-00226-DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release NANCY ELIZABETH LINARES ALVARENGA, Case No. 2:25-cr-00226-DJC, Charge 18 U.S.C. § 1349 - Conspiracy to Commit Bank Fraud, from custody for the following reasons:

  X  Release on Pretrial Release Conditions.

      Bail Posted in the Sum of $ _____

        Unsecured Appearance Bond $ _____

        Appearance Bond with 10% Deposit

        Appearance Bond with Surety

        Corporate Surety Bail Bond

        (Other):  The Defendant is ordered released on 11/14/2025 at 9:00

  X  a.m. and shall report directly to the Office of Pretrial Services for further processing.

Sacramento County Jail is further ORDERED to release the defendant with a

  X  30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 13, 2025 at 3:15 p.m.

By: *[signature]*
Magistrate Judge Jeremy D. Peterson